UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CYBER POWER SYSTEMS (USA) INC,<br><br>                                    Plaintiff,<br>                          v.<br><br>THE UNITED STATES<br><br>                                    Defendant. | S U M M O N S<br><br>Court No.  21-00203 |

TO:   The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. 1581(a) to contest the denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano<br>
Clerk of the Court

### PROTEST

| | |
|---|---|
| **Port of Entry:** 3501-Minneapolis, MN | **Date Protest Filed**:          September 9, 2020 |
| **Protest Number:**   3501-20-102169 | **Date Protest Denied:**          February 9, 2021 |
| **Importer:**  Cyber Power Systems (USA) Inc. ||
| **Category of merchandise:** wall plug connectors ||

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry No. | Entry Date | Liquidation Date | Entry No. | Entry Date | Liquidation Date |
|---|---|---|---|---|---|
| See attached | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director of Customs<br>US Customs & Border Protection<br>5600 American Boulevard, Suite 760<br>Bloomington, MN 55437 | John M. Peterson.<br>Neville Peterson LLP<br>One Exchange Plaza at 55 Broadway<br>New York, New York 10006<br>(212) 635-2730 |

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | **Statutory Basis** | **Statement of Value** |
| **Appraised:** | | |
| **Protest Claim:** | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | **Assessed** | | **Protest Claim** | |
| **Merchandise** | **Paragraph or Item Number** | **Rate** | **Paragraph or Item Number** | **Rate** |
| **Wall plug connectors** | 8537.10.9170 + 9903.88.03 | 25% | 8536.69.80 + 9903.88.56 | Free |

| Other |
|---|
| |

| |
|---|
| **The issue which was common to all such protests:** <br> Classification and rate and amount of duties assessed |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

    /s John M. Peterson  
***Signature of Plaintiff's Attorney***

April 29, 2021  
*Date*

## SCHEDULE OF PROTESTS

| Protest No. | Date Protest Filed | Date Protest Denied | Entry No. | Entry Date | Liquidation Date |
|---|---|---|---|---|---|
| 3501-20-102169 | 9/9/2020 | 02/09/2021 | 791-19098510 | 19-Apr-19 | 3/13/2020 |
|  |  |  | 791-19115264 | 27-Apr-19 | 3/20/2020 |
|  |  |  | 791-19178965 | 14-Jun-19 | 5/8/2020 |
|  |  |  | 791-24397618 | 03-Jul-19 | 5/29/2020 |
|  |  |  | 791-24541041 | 06-Sep-19 | 7/31/2020 |
|  |  |  | 791-24556528 | 12-Sep-19 | 8/7/2020 |
|  |  |  | 791-24572426 | 20-Sep-19 | 8/7/2020 |
|  |  |  | 791-24600250 | 26-Sep-19 | 8/7/2020 |
|  |  |  | 791-24682779 | 24-Oct-19 | 8/7/2020 |